



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

RECEIVED

OCT 20 2021

CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 20, 2021

**BY ECF**

The Honorable Vincent Briccetti
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**APPLICATION GRANTED**
**SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 10/20/21
**White Plains, NY**

     Re:   ***United States v. Paul Haylett***
            21 Cr. 464 (VB)

Dear Judge Briccetti:

     The parties write jointly to request that the motion schedule in this case be held in abeyance. At the September 27, 2021 pretrial conference in this matter, the Court set a pretrial motion briefing schedule that would begin with the defendant's motion filing on October 25.

     The parties now believe the matter can be resolved without motion practice. Because of this development, the parties request that the Court hold the motion schedule in abeyance to allow (1) the parties to finalize the plea agreement in this matter and (2) for the Court to take the defendant's plea. As soon as the plea agreement is finalized in this matter, the parties will alert the Court to schedule a plea.

Please do not hesitate to reach out with any questions.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Shiva H. Logarajah
Assistant United States Attorney
914-993-1918

CC: Louis Fasulo, Esq.