UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
__USA__,
           Plaintiff(s),

v.

__Haylett__,
           Defendant(s).
------------------------------------------------------------x

**CALENDAR NOTICE**

__21 CR 464__ (VB)

PLEASE TAKE NOTICE that the above-captioned case has been <u>scheduled/</u> ~~re-scheduled~~ for:

___ Status conference

___ Telephone conference

___ Pre-motion conference

___ Settlement conference

___ Oral argument

___ Bench ruling on motion

___ Final pretrial conference

___ Jury selection and trial

___ Bench trial

___ Suppression hearing

✓ Plea hearing

___ Sentencing

on __11-18-__, 20__21__, at __11:00 AM__ in Courtroom 620, United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.  Adjourned from ~~_____~~.

**All requests for adjournments or extensions of time must be in writing and filed on ECF as letter-motions**, in accordance with paragraph 1(F) of the Court's Individual Practices.  Absent special circumstances, such requests shall be made at least two business days prior to the scheduled appearance.

Dated: __11-1-__, 20__21__
White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge