

**FASULO GIORDANO & DI MAGGIO, LLP**

ATTORNEYS AT LAW

Louis V. Fasulo, Esq. – NY & NJ
Michael E. Giordano, Esq. – NY & NJ
Charles DiMaggio, Esq. – NY & NJ

www.fgdmlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/25

March 14, 2025

Hon. Vincent L. Briccetti
United States District Court for the
Southern District of New York
300 Quarropas Street
White Plains, New York

Re:  *United States v. Paul Haylett*
     *Case No.: 21 Cr. 464*

Dear Judge Briccetti,

Application Granted.
SO Ordered:

/s/ Vincent Briccetti
USDJ    3-17-25

I was previously appointed to represent Paul Haylett in the above referenced matter. In light of events that have transpired surrounding Mr. Haylett and his surrender to the Bureau of Prisons, I respectfully request to be re-appointed as CJA counsel to Mr. Haylett for the purpose of submitting a Compassionate Release application.

I thank the Court for its consideration.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo, Esq.
Fasulo Giordano & DiMaggio, LLP.
225 Broadway, Suite 715
New York, New York 10007
Tel: (212) 566 6213

---

225 Broadway, Suite 715          505 Eighth Avenue, Suite 300
New York, New York 10007         New York, New York 10018          Page 1 of 1
Tel (212) 566 – 6213             Tel (212) 967-0352
Fax (212) 566 – 8165             Fax (201) 596-2724